■ In the Matter of YUKIYU C., a Person Alleged to be a Juvenile Delinquent, Appellant. [935 NYS2d 515]

The court's finding was not against the weight of the evidence. There is no basis for disturbing the court's credibility determinations, including its resolution of alleged inconsistencies in testimony. The victim testified that he clearly saw appellant use a stick-like object to break an external security camera at his store. The fact that the stick was not recovered does not warrant setting aside the court's finding. Concur—Saxe J.P., Sweeny, Moskowitz, Manzanet-Daniels and Román, JJ.